## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| PRISON LEGAL NEWS, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| | ) |
| v. | ) NO. 1:07-CV-2618-CAP |
| | ) |
| FULTON COUNTY, GA and | ) |
| SHERIFF MYRON FREEMAN, | ) |
| Individually and in his official | ) |
| Capacity as Fulton County Sheriff | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT MOTION TO APPROVE PROPOSED CHANGES TO FULTON COUNTY SHERIFF'S DEPARTMENT JAIL BUREAU POLICIES AND PROCEDURES 3000-01

COME NOW, the parties in the above-styled case, by and through their undersigned counsel, and move this Honorable Court to approve changes to the Fulton County Sheriff's Department Jail Bureau Policies and Procedures Number 3000-01 ("Mail Policy"), as attached hereto as Exhibit "A."

On February 4, 2008, the Court ordered Defendants Fulton County, Georgia and Sheriff Myron Freeman ("Defendants") to enforce the Mail Policy currently in place and to notify the Plaintiff and the Court should it make any change in the new mail policy. Defendants have notified Plaintiff of proposed changes to the Mail Policy. Plaintiff and Defendants have agreed that the provisions of the policy having to do with the

receipt and processing of publications are constitutional.

Consequently, parties respectfully move the Court to find the portions of the Mail Policy attached hereto as Exhibit "A" having to do with the receipt and processing of publications constitutional.  A proposed order is attached as Exhibit "B."

Respectfully submitted this 9th day of May, 2008.

*/s/ Gerald Weber*
Gerald Weber
Georgia Bar No. 744878
wgerryweber@gmail.com

P.O. Box 5391
Atlanta, Georgia 31107
(404) 522-0507

*/s/ G. Brian Spears*
Brian Spears
Georgia Bar No. 670112
bspears@mindspring.com

1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
(404) 872-7086

Rolesia Butler Dancy
Georgia Bar No. 099928

*/s/ Nwakaego Okparaeke*
Nwakaego I. Okparaeke
Georgia Bar No. 141449
nwakaego.okparaeke@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing **JOINT MOTION TO APPROVE PROPOSED CHANGES TO FULTON COUNTY SHERIFF'S DEPARTMENT JAIL BUREAU POLICIES AND PROCEDURES 3000-01** has been prepared in 12 point Courier New font and complies with Local Rule 5.1 and 7 and that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.

This 9th day of May, 2008.

*/s/ Nwakaego Okparaeke*
Nwakaego Okparaeke

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246

# EXHIBIT A



# Fulton County Sheriff's Office
## Jail Bureau Policies and Procedures

| Effective Date: | Number: 3000-01 | | Pages: 7 |
|---|---|---|---|
| Subject: Mail, Telephone, Visiting/Program and Activity Index: Inmate Mail Procedures | | Distribution: All Jail Bureau Personnel | |
| References: 4-ALDF-2A-60, 5B-05 thru 5B-10 | | Amends/Rescinds: January 4, 2008 | |
| Approving Authority Signature: | | Review: Annually | |

## I. Purpose

To describe the procedures that shall be used by Jail Bureau personnel to process inmates' correspondence and packages.

## II. Policy

A. Inmates in special management units can write and receive letters on the same basis as inmates in the general population.

B. When the inmate bears the mailing cost there is no limit on the volume of letters he/she can send or on the length, language, or content, of mail, except when there is a reasonable belief that limitations are necessary to protect public safety or maintain facility order and security.

C. Indigent inmates receive a specified postage allowance to maintain community ties, and necessary postage for privileged correspondence.

D. Inmates have access to publications.

E. Inmate mail, both incoming and outgoing, may be opened to intercept cash, checks, and money orders and to inspect for contraband. Mail is read, censored, and rejected based on legitimate facility interests of order and security. Inmates are notified, in writing, when in-coming or outgoing letters are withheld in part or in full.

F. Inmates are permitted to send sealed letters to a specified class of persons and organizations, including, but not limited to, the following: courts; counsel; officials of the confining authority; state and local chief executive officers; administrators of grievance systems; and members of the paroling authority. Staff, in the presence of the inmates, may be allowed to inspect outgoing privileged mail for contraband before it is sealed. Mail to inmates from these specified classes of persons and organizations may be opened only to inspect for contraband and only in the presence of the inmate, unless waived in writing, or in circumstances which indicate contamination or other imminent threat to health and safety.

G. Excluding weekends and holidays or emergency situations, incoming and outgoing letters are held for no more than 24 hours and packages are held for no more than 48 hours.

| Subject: Inmate Mail Procedures | Policy No. 3000-01 | Page 2 of 7 |

### III.  Scope

This policy shall apply to all Jail Bureau personnel.

### IV.  Definitions

#### A.  Privileged Correspondence

Privileged correspondence is defined as mail between inmates and attorneys; legal aid services and other agencies providing legal services to inmates or paraprofessionals having a bona fide association with such agencies or attorneys; judges and clerks of federal, state, and local courts; grand juries; law enforcement agents or agencies; the media or public officials and their authorized representatives acting in official capacities.

#### B.  Non-Privileged Correspondence

Non-privileged correspondence is defined as that correspondence that is not classified as privileged.

#### C.  Rejected Mail

Correspondence or material that is sexually explicit, poses a threat to the security, order or discipline of the facility or that facilitates criminal activity.

#### D.  Indigent Inmate

An inmate with balance of three dollars ($3.00) or less in his/her account for fourteen (14) consecutive days.

### V.  Procedures

#### A.  General Guidelines

1.  Written policies and procedures that govern inmate correspondence are made available to both staff and inmates.

2.  During the orientation process, inmates are informed of the mail procedures.  This information is also stated in the *Inmate Handbook*.

3.  Inmates in special management housing units can send and receive mail in the same manner as inmates in general population.

4.  As long as an inmate can afford postage, **limitation shall not be imposed on the volume of mail sent**, or on the length, language, or content of mail, unless there is a reasonable belief that such limitations are needed to protect public safety or the secure and orderly operation of the facility.

5.  Incoming and outgoing mail shall not be held for more than twenty (24) hours and

Effective _____

packages will not be held for more than 48 hours, excluding weekends and holidays.

6.    Inmate mail privileges shall not be withdrawn as a form of punishment, except for violation of mail rules.  Otherwise, *inmate mail can only be stopped or suspended by a Court Order.*

7.    Both incoming and outgoing mail may be opened, inspected for contraband, read and censored and will be rejected if there is a reasonable belief that there is an imminent threat to persons or the security of the facility.  Inmates are notified if incoming or outgoing mail is withheld in full or part.

8.    If an inmate's mail is censored or rejected, the inmate and sender shall be notified of the reason(s) for the action.  Inmates and the sender shall have the opportunity to appeal such decisions by submitting their appeal to the Inmate Grievance Division of the Legal Affairs Bureau.

9.    Mail received for persons not in custody at the Fulton County Jail on the date of receipt of mail shall be returned to the Post Office.  The Fulton County Jail does not operate a forwarding or return mail service.  When mail is returned to the Post Office because the addressee is not in custody at the Fulton County Jail, the exterior of the item of mail shall be stamped with a notice that the addressee is no longer in custody prior to its return to the Post Office.

10.   Mail Room personnel shall maintain a **Daily Log** of all mail that is returned to the sender.

## B.    Inmate Mail Limitations

1.    Inmates are prohibited from corresponding via mail with inmates at the jail or with inmates in another jail or correctional facility, without written approval from the Chief Jailer.

2.    Inter-relations mail [married couples or immediate family members] may be approved by the Chief Jailer.  Inmates must submit a *Request to Communicate with an Incarcerated Family Member Form* for approval.

3.    The Chief Jailer shall return the form to the inmate, stating if the request was denied or approved.  If the request was approved, the Chief Jailer may include stipulations.

4.    Transfer of funds from one inmate to another is prohibited, unless authorized by the Sheriff.

## C.    Indigent Inmates

1.    For the purpose of establishing indigence, an inmate shall have three ($3.00) or less in his/her account for fourteen (14) consecutive days.  Verification of indigence shall be established within two (2) days after the inmate has submitted an indigent request to the Commissary.

*Effective* _____

2. Indigent status may be reassessed at the Commissary's discretion.

3. If the inmate qualifies as indigent, he/she may receive free stamps to allow for up to five (5) privileged and five (5) non-privileged mailings every two (2) weeks. The Jail Bureau provides inmates without financial resources non-privileged mailings in the support of community ties (corresponding with family and friends).

D. Privileged Mail

1. Inmates are permitted to send sealed privileged mail to a specified class of persons and organizations, including but not limited to: Courts, officials of the confining authority; state and local chief executive officers; administrators of grievance systems; and members of the paroling authority. Incoming privileged mail **may only be opened to inspect for contraband in the presence of the inmate, unless waived by the inmate in writing or the mail is received in circumstances which indicate contamination or other imminent threat to health and safety.**

2. Mail Room staff shall stamp all privileged mail **"Legal Mail."**

3. Staff shall deliver privileged mail to inmates Monday through Friday, and shall open the mail in the inmates' presence to intercept monies or other forms of contraband.

4. An *Incident Report* shall be written if contraband is found in privileged mail. The sender shall be notified by the Chief Jailer or designee that the contraband has been seized. If contraband is seized, the seizing staff member shall promptly deliver it to the watch commander for determination of appropriate action(s). The chain of custody shall be properly maintained.

5. Contraband that is legal outside correctional institutions shall be returned to the sender unless perishable. Perishables shall be discarded.

6. Outgoing privileged mail shall not be opened, but may be held for a reasonable time not to exceed seventy-two (72) hours pending verification that is properly addressed to a person or agency, which fall under the privilege category (judges, the courts, etc.).

E. Outgoing Mail Procedures

1. Inmates are permitted unlimited and uncensored correspondence with anyone, with the exception of other inmates. Outgoing mail *shall not be limited,* unless such mail violates standard operating procedures, federal or state laws or by court order.

2. Outgoing mail may be opened and the contents inspected to determine if:

   a. The mail contains threats of physical harm against a person or threats of criminal activity;

   b. The mail threatens blackmail or extortion;

*Effective _____*

e. The mail contains plans of escape;

d. The mail consists of activity violating jail rules and regulations;

e. The mail is in code; or

f. The mail contains information that, if communicated, would create a clear and present danger of violence and physical harm to humans.

3. The Chief Jailer or designee shall inspect outgoing mail suspected of containing security threats or contraband. The Chief Jailer or designee shall initiate a formal investigation, and the evidence shall be processed in accordance with *SOP 10.3, Property and Evidence*.

4. Outgoing mail will be collected once a day by staff, and is delivered to the Post Office daily except for weekends and holidays.

## F. Incoming Mail

1. Mail shall not be held for more than twenty-four (24) hours, excluding weekends and holidays.

2. Incoming mail shall be monitored to determine any escape attempts, security or other rule violations or a conspiracy to introduce contraband into the facility.

3. Postal money orders received through the mail shall be taken to the inmate for signature. The money order will then be posted to the inmate's account, and the inmate shall receive a receipt for the transaction.

4. Money orders for inmates housed in jail annexes [Bellwood, etc.], shall have their money orders stamped "For Deposit Only," posted to their account, and the inmate shall receive a receipt for the transaction.

5. All incoming inmate mail shall be matched with the inmate's booking number and housing location before delivery. When mail is returned to the Post Office because the addressee is not in custody at the Fulton County Jail, the exterior of the item of mail shall be stamped with a notice that the addressee is no longer in custody prior to its return to the Post Office.

6. Certified or registered mail is also picked up by the mail staff. Certified and registered mail is processed in the same manner as all other incoming mail.

7. An *Incident Report* shall be written by mail room staff if contraband is discovered in incoming mail. The Chief Jailer shall be notified, and the processing of evidence shall be in accordance with *SOP 10.03, Property and Evidence Control*. The sender shall be notified regarding the discovery of contraband and the mode of notifying the sender shall

Effective _____

depend on the nature of the seized contraband, i.e., letter, phone call, etc. Notification may be deferred if deemed appropriate in the course of a further investigation of the circumstances.

8. Contraband that is legal outside of correctional institutions shall be returned to the sender unless perishable. Perishables shall be disposed.

9. A log of all registered, insured and certified mail shall be maintained by Mail Room staff.

## G.   Rejection of Mail

1. Inmates shall be notified via *Rejected Mail Notification Form* when incoming or outgoing mail is rejected. The sender shall be notified if incoming mail is rejected via a *Rejected Mail Notification Form*. If mail is rejected, the inmates and the sender shall have twenty (20) days from either the date of the issuance or date of the mailing of the *Rejected Mail Notification Form*, whichever is later, within which to appeal from the decision to reject the mail. The rejected mail shall be retained by the Jail during that twenty (20) day period. The rejected mail shall be returned to the sender unless an appeal is timely made. In the event that an appeal is received, the rejected mail shall be retained at the Jail pending review. In the case of an appeal by either the inmate or sender, if the rejection of mail is sustained by the Inmate Grievance Division of the Legal Affairs Bureau, then the rejected material shall be returned to the sender.

2. Reasons for rejection of mail may include, but are not limited to:

    a. The mail contains threats of physical harm against a person or threats of criminal activity;
    b. The mail threatens blackmail or extortion;
    c. The mail contains plans for escape;
    d. The mail concerns activities violating jail rules and regulations;
    e. The mail is in code; or
    f. The mail contains information that, if communicated, would create a clear and present danger of violence and physical harm to persons.

## H.   Returned Mail Procedures

1. Inmate mail returned by the Post Office due to insufficient postage or an incorrect address shall be returned to the inmate.

2. Mail received for inmates no longer in custody at the Fulton County Jail shall be returned to the sender.

## I.   Publications

1. Books (soft cover only), magazines, and newspapers may be received **ONLY** if shipped directly from the publisher or from a distributor. Hard cover books will not be received, regardless of the source.

Effective _____

| Subject: Inmate Mail Procedures | Policy No. 3000-01 | Page 7 of 7 |

2.  Books, magazines, and newspapers for inmates shall not be accepted via the mail from any other source. Copies of books or publications, etc., shall not be accepted.

3.  Inmates may also obtain publications from the Perusal Library.

4.  Each inmate may retain no more than a total of four (4) soft-covered reading materials in their cell, e.g., two (2) magazines and two (2) books.

*Note: Dictionaries, religious publications, other prior approved program books, and non-profit organization publications are not included in this total.*

5.  Inmates are not permitted to accumulate printed materials, or other mail, as this may pose a fire hazard.

**J.   Packages**

All packages shall be inspected for contraband.

**VI.   Review**

This policy shall be reviewed at least annually.

*Effective* _____

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| PRISON LEGAL NEWS, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| | ) |
| v. | ) NO. 1:07-CV-2618-CAP |
| | ) |
| FULTON COUNTY, GA and | ) |
| SHERIFF MYRON FREEMAN, | ) |
| Individually and in his official | ) |
| Capacity as Fulton County Sheriff | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT CONSENT ORDER APPROVING PROPOSED CHANGES TO FULTON COUNTY SHERIFF'S DEPARTMENT JAIL BUREAU POLICIES AND PROCEDURES 3000-01

This matter is before the Court on the Court's February 4, 2008 Order requiring Defendants Fulton County, Georgia and Sheriff Myron Freeman ("Defendants") to enforce the Fulton County Sheriff's Department Jail Bureau Policies and Procedures Number 3000-01 ("Mail Policy") currently in place and notify Plaintiff and the Court should it make any change in the new mail policy. Defendants have notified Plaintiff of proposed changes to the Mail Policy. Plaintiff and Defendants have agreed that the provisions of the policy having to do with the receipt and processing of publications are constitutional. Having reviewed same, the Court hereby finds that the portions of the Mail Policy attached hereto as Exhibit "A" having to do

with the receipt and processing of publications are constitutional. Defendants are hereby directed to enforce the Mail Policy, as revised, beginning thirty days from the date of this Order.

SO ORDERED, this _____ day of _____, 2008.

Consented to by:

*/s/ Gerald Weber*
Gerald Weber
Georgia Bar No. 744878
wgerryweber@gmail.com

P.O. Box 5391
Atlanta, Georgia 31107
(404) 522-0507

*/s/ G. Brian Spears*
Brian Spears
Georgia Bar No. 670112
bspears@mindspring.com

1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
(404) 872-7086

Rolesia Butler Dancy
Georgia Bar No. 099928

*/s/ Nwakaego Okparaeke*
Nwakaego I. Okparaeke
Georgia Bar No. 141449
nwakaego.okparaeke@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246

# EXHIBIT A



# Fulton County Sheriff's Office
## Jail Bureau Policies and Procedures

| Effective Date: | Number: 3000-01 | | Pages: 7 |
|---|---|---|---|
| Subject: Mail, Telephone, Visiting/Program and Activity<br>Index: Inmate Mail Procedures | | Distribution:<br>All Jail Bureau Personnel | |
| References: 4-ALDF-2A-60, 5B-05 thru 5B-10 | | Amends/Rescinds:<br>January 4, 2008 | |
| Approving Authority Signature: | | Review: Annually | |

## I. Purpose

To describe the procedures that shall be used by Jail Bureau personnel to process inmates' correspondence and packages.

## II. Policy

A. Inmates in special management units can write and receive letters on the same basis as inmates in the general population.

B. When the inmate bears the mailing cost there is no limit on the volume of letters he/she can send or on the length, language, or content, of mail, except when there is a reasonable belief that limitations are necessary to protect public safety or maintain facility order and security.

C. Indigent inmates receive a specified postage allowance to maintain community ties, and necessary postage for privileged correspondence.

D. Inmates have access to publications.

E. Inmate mail, both incoming and outgoing, may be opened to intercept cash, checks, and money orders and to inspect for contraband. Mail is read, censored, and rejected based on legitimate facility interests of order and security. Inmates are notified, in writing, when in-coming or outgoing letters are withheld in part or in full.

F. Inmates are permitted to send sealed letters to a specified class of persons and organizations, including, but not limited to, the following: courts; counsel; officials of the confining authority; state and local chief executive officers; administrators of grievance systems; and members of the paroling authority. Staff, in the presence of the inmates, may be allowed to inspect outgoing privileged mail for contraband before it is sealed. Mail to inmates from these specified classes of persons and organizations may be opened only to inspect for contraband and only in the presence of the inmate, unless waived in writing, or in circumstances which indicate contamination or other imminent threat to health and safety.

G. Excluding weekends and holidays or emergency situations, incoming and outgoing letters are held for no more than 24 hours and packages are held for no more than 48 hours.

| Subject: Inmate Mail Procedures | Policy No. 3000-01 | Page 2 of 7 |

## III.  Scope

This policy shall apply to all Jail Bureau personnel.

## IV.  Definitions

### A.  Privileged Correspondence

Privileged correspondence is defined as mail between inmates and attorneys; legal aid services and other agencies providing legal services to inmates or paraprofessionals having a bona fide association with such agencies or attorneys; judges and clerks of federal, state, and local courts; grand juries; law enforcement agents or agencies; the media or public officials and their authorized representatives acting in official capacities.

### B.  Non-Privileged Correspondence

Non-privileged correspondence is defined as that correspondence that is not classified as privileged.

### C.  Rejected Mail

Correspondence or material that is sexually explicit, poses a threat to the security, order or discipline of the facility or that facilitates criminal activity.

### D.  Indigent Inmate

An inmate with balance of three dollars ($3.00) or less in his/her account for fourteen (14) consecutive days.

## V.  Procedures

### A.  General Guidelines

1.  Written policies and procedures that govern inmate correspondence are made available to both staff and inmates.

2.  During the orientation process, inmates are informed of the mail procedures.  This information is also stated in the *Inmate Handbook*.

3.  Inmates in special management housing units can send and receive mail in the same manner as inmates in general population.

4.  As long as an inmate can afford postage, **limitation shall not be imposed on the volume of mail sent**, or on the length, language, or content of mail, unless there is a reasonable belief that such limitations are needed to protect public safety or the secure and orderly operation of the facility.

5.  Incoming and outgoing mail shall not be held for more than twenty (24) hours and

*Effective* _____

Case 1:07-cv-02618-CAP Document 25 Filed 05/09/08 Page 18 of 22

packages will not be held for more than 48 hours, excluding weekends and holidays.

6.  Inmate mail privileges shall not be withdrawn as a form of punishment, except for violation of mail rules. Otherwise, *inmate mail can only be stopped or suspended by a Court Order.*

7.  Both incoming and outgoing mail may be opened, inspected for contraband, read and censored and will be rejected if there is a reasonable belief that there is an imminent threat to persons or the security of the facility. Inmates are notified if incoming or outgoing mail is withheld in full or part.

8.  If an inmate's mail is censored or rejected, the inmate and sender shall be notified of the reason(s) for the action. Inmates and the sender shall have the opportunity to appeal such decisions by submitting their appeal to the Inmate Grievance Division of the Legal Affairs Bureau.

9.  Mail received for persons not in custody at the Fulton County Jail on the date of receipt of mail shall be returned to the Post Office. The Fulton County Jail does not operate a forwarding or return mail service. When mail is returned to the Post Office because the addressee is not in custody at the Fulton County Jail, the exterior of the item of mail shall be stamped with a notice that the addressee is no longer in custody prior to its return to the Post Office.

10. Mail Room personnel shall maintain a **Daily Log** of all mail that is returned to the sender.

## B.  Inmate Mail Limitations

1.  Inmates are prohibited from corresponding via mail with inmates at the jail or with inmates in another jail or correctional facility, without written approval from the Chief Jailer.

2.  Inter-relations mail [married couples or immediate family members] may be approved by the Chief Jailer. Inmates must submit a *Request to Communicate with an Incarcerated Family Member Form* for approval.

3.  The Chief Jailer shall return the form to the inmate, stating if the request was denied or approved. If the request was approved, the Chief Jailer may include stipulations.

4.  Transfer of funds from one inmate to another is prohibited, unless authorized by the Sheriff.

## C.  Indigent Inmates

1.  For the purpose of establishing indigence, an inmate shall have three ($3.00) or less in his/her account for fourteen (14) consecutive days. Verification of indigence shall be established within two (2) days after the inmate has submitted an indigent request to the Commissary.

*Effective* _____

| Subject: Inmate Mail Procedures | Policy No. 3000-01 | Page 4 of 7 |
|---|---|---|

2.    Indigent status may be reassessed at the Commissary's discretion.

3.    If the inmate qualifies as indigent, he/she may receive free stamps to allow for up to five (5) privileged and five (5) non-privileged mailings every two (2) weeks.  The Jail Bureau provides inmates without financial resources non-privileged mailings in the support of community ties (corresponding with family and friends).

D.    **Privileged Mail**

1.    Inmates are permitted to send sealed privileged mail to a specified class of persons and organizations, including but not limited to: Courts, officials of the confining authority; state and local chief executive officers; administrators of grievance systems; and members of the paroling authority. Incoming privileged mail **may only be opened to inspect for contraband in the presence of the inmate, unless waived by the inmate in writing or the mail is received in circumstances which indicate contamination or other imminent threat to health and safety.**

2.    Mail Room staff shall stamp all privileged mail **"Legal Mail."**

3.    Staff shall deliver privileged mail to inmates Monday through Friday, and shall open the mail in the inmates' presence to intercept monies or other forms of contraband.

4.    An *Incident Report* shall be written if contraband is found in privileged mail.  The sender shall be notified by the Chief Jailer or designee that the contraband has been seized.  If contraband is seized, the seizing staff member shall promptly deliver it to the watch commander for determination of appropriate action(s).  The chain of custody shall be properly maintained.

5.    Contraband that is legal outside correctional institutions shall be returned to the sender unless perishable.  Perishables shall be discarded.

6.    Outgoing privileged mail shall not be opened, but may be held for a reasonable time not to exceed seventy-two (72) hours pending verification that is properly addressed to a person or agency, which fall under the privilege category (judges, the courts, etc.).

E.    **Outgoing Mail Procedures**

1.    Inmates are permitted unlimited and uncensored correspondence with anyone, with the exception of other inmates.  Outgoing mail *shall not be limited,* unless such mail violates standard operating procedures, federal or state laws or by court order.

2.    Outgoing mail may be opened and the contents inspected to determine if:

a.  The mail contains threats of physical harm against a person or threats of criminal activity;

b.  The mail threatens blackmail or extortion;

*Effective* _____

c. The mail contains plans of escape;

d. The mail consists of activity violating jail rules and regulations;

e. The mail is in code; or

f. The mail contains information that, if communicated, would create a clear and present danger of violence and physical harm to humans.

3. The Chief Jailer or designee shall inspect outgoing mail suspected of containing security threats or contraband. The Chief Jailer or designee shall initiate a formal investigation, and the evidence shall be processed in accordance with *SOP 10.3, Property and Evidence*.

4. Outgoing mail will be collected once a day by staff, and is delivered to the Post Office daily except for weekends and holidays.

## F.   Incoming Mail

1. Mail shall not be held for more than twenty-four (24) hours, excluding weekends and holidays.

2. Incoming mail shall be monitored to determine any escape attempts, security or other rule violations or a conspiracy to introduce contraband into the facility.

3. Postal money orders received through the mail shall be taken to the inmate for signature. The money order will then be posted to the inmate's account, and the inmate shall receive a receipt for the transaction.

4. Money orders for inmates housed in jail annexes [Bellwood, etc.], shall have their money orders stamped "For Deposit Only," posted to their account, and the inmate shall receive a receipt for the transaction.

5. All incoming inmate mail shall be matched with the inmate's booking number and housing location before delivery. When mail is returned to the Post Office because the addressee is not in custody at the Fulton County Jail, the exterior of the item of mail shall be stamped with a notice that the addressee is no longer in custody prior to its return to the Post Office.

6. Certified or registered mail is also picked up by the mail staff. Certified and registered mail is processed in the same manner as all other incoming mail.

7. An *Incident Report* shall be written by mail room staff if contraband is discovered in incoming mail. The Chief Jailer shall be notified, and the processing of evidence shall be in accordance with *SOP 10.03, Property and Evidence Control*. The sender shall be notified regarding the discovery of contraband and the mode of notifying the sender shall

*Effective* _____

depend on the nature of the seized contraband, i.e., letter, phone call, etc. Notification may be deferred if deemed appropriate in the course of a further investigation of the circumstances.

8. Contraband that is legal outside of correctional institutions shall be returned to the sender unless perishable. Perishables shall be disposed.

9. A log of all registered, insured and certified mail shall be maintained by Mail Room staff.

## G. Rejection of Mail

1. Inmates shall be notified via *Rejected Mail Notification Form* when incoming or outgoing mail is rejected. The sender shall be notified if incoming mail is rejected via a *Rejected Mail Notification Form*. If mail is rejected, the inmates and the sender shall have twenty (20) days from either the date of the issuance or date of the mailing of the *Rejected Mail Notification Form*, whichever is later, within which to appeal from the decision to reject the mail. The rejected mail shall be retained by the Jail during that twenty (20) day period. The rejected mail shall be returned to the sender unless an appeal is timely made. In the event that an appeal is received, the rejected mail shall be retained at the Jail pending review. In the case of an appeal by either the inmate or sender, if the rejection of mail is sustained by the Inmate Grievance Division of the Legal Affairs Bureau, then the rejected material shall be returned to the sender.

2. Reasons for rejection of mail may include, but are not limited to:

   a. The mail contains threats of physical harm against a person or threats of criminal activity;
   b. The mail threatens blackmail or extortion;
   c. The mail contains plans for escape;
   d. The mail concerns activities violating jail rules and regulations;
   e. The mail is in code; or
   f. The mail contains information that, if communicated, would create a clear and present danger of violence and physical harm to persons.

## H. Returned Mail Procedures

1. Inmate mail returned by the Post Office due to insufficient postage or an incorrect address shall be returned to the inmate.

2. Mail received for inmates no longer in custody at the Fulton County Jail shall be returned to the sender.

## I. Publications

1. Books (soft cover only), magazines, and newspapers may be received **ONLY** if shipped directly from the publisher or from a distributor. Hard cover books will not be received, regardless of the source.

*Effective _____*

Case 1:07-cv-02618-CAP   Document 25   Filed 05/09/08   Page 22 of 22

2.   Books, magazines, and newspapers for inmates shall not be accepted via the mail from any other source. Copies of books or publications, etc., shall not be accepted.

3.   Inmates may also obtain publications from the Perusal Library.

4.   Each inmate may retain no more than a total of four (4) soft-covered reading materials in their cell, e.g., two (2) magazines and two (2) books.

*Note:   Dictionaries, religious publications, other prior approved program books, and non-profit organization publications are not included in this total.*

5.   Inmates are not permitted to accumulate printed materials, or other mail, as this may pose a fire hazard.

## J.   Packages

All packages shall be inspected for contraband.

## VI.   Review

This policy shall be reviewed at least annually.

*Effective _____*