FILED IN OPEN COURT
U.S.D.C. Atlanta

SEP 8 2008

JAMES N. ...
By: 
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PRISON LEGAL NEWS,

    Plaintiff,

v.

FULTON COUNTY, GEORGIA and
MYRON FREEMAN, individually
and in his official capacity
as Fulton County Sheriff,

    Defendants.

CIVIL ACTION

NO. 1:07-CV-2618-CAP

## O R D E R

The court has received the attached correspondence and enters this order for the purpose of including this correspondence on the record.

SO ORDERED, this 8th day of September, 2008.

                _____
                CHARLES A. PANNELL, JR.
                United States District Judge

Charles A Pannel Jr
United States District Court Judge.

9-4-08

FILED IN OPEN COURT
U.S.D.C. Atlanta

SEP 8 2008

JAMES N. HATTEN, Clerk
By: [signature]
Deputy Clerk

Re: Case No 1:07-CV-02618-cap
Case No 1:06-CV-01940-cam

Dear Judge Pannel

I would like to inform you that the Fulton County Jail is still implementing the old mail policy hasn't changed the Fulton county web information where it says magazines and other books may not be sent through the mail. This sends a wrong message to persons wanting to order a Subscription at the Fulton County Jail. As well the old rule book is still being passed out to new inmates which clearly states on page 15 that no magazines or newspapers may come through the mail. And furthering deputy Simmons mail room deputy continues to tell various inmates that they may not order any subscriptions, regardless of what they may be. I have been the former plaintiff In the above styled action And to keep from filing another lawsuit I am asking Direction from the court in what to do. one inmate had his family member send him some books through a publisher the books were held onto for a week for No reason. Which is against the New mail policy that the Sheriff entered into January 4th 2008, which conveniniantly still has the same mail policy number As if Nothing has changed. policy Number 3000-1 still appears on the top of the page.

Page 5 of Seven of the revised mail policy states that mail shall not be held for more than twenty four hours (24) hours excluding weekends and holidays paragraph 1, Section F. This is not the case when a inmate orders paper back books. Upon arrival they are held for days at a time until the mail room deputy Simmons decides that enough have accumulated to pass out. Your Honor I ask that you look at the Fulton county Jail's web cite and see for yourself. And obtain a copy of the current Jail rule book and look for yourself, on Page 15. I obtained a copy from a deputy who insured me it was current. and as far as I can see No inmate gets a subscription to any magazine at the Fulton county Jail. Might I remind your Honor that the Fulton county Jail has a very bad track record of not abiding by court orders. All the court would have to do is send a plain clothes Federal marshall to the Jail And ask can magazines Be obtained through a subscription by a inmate And also if possible obtain a rule book "current". I would have sent the court a copy but the book will not fit inside a regular envelope. Inmates have not been told the policy has been changed through notification by posting said notification in the living units As to the best of my knowledge. But Just recently The notices were distributed to population inmates. Thank you

/S/ David Robertson

David Robertson
901 Rice St
Atlanta Ga 30316
3 South 301
Bk#08284113

ATLANTA GA 303
05 SEP 2008 PM 2 T

USA 42

2008 SEP -8 PM 2:15
U.S. MARSHALS SERVICE
NORTHERN GEORGIA

C/o Charles A Pannell
US District Court Judge
1767 Richard B Russell
Building And united State
Court House 75 Spring St
Atlanta Georgia 30303

priveleged
Confidential

30303+3309 C011