```
          IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

| | | |
|---|---|---|
| PRISON LEGAL NEWS, | ) | |
| | ) | |
|     Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO. 1:07-CV-2618-CAP |
| | ) | |
| FULTON COUNTY, GA and | ) | |
| SHERIFF MYRON FREEMAN, | ) | |
| Individually and in his official | ) | |
| Capacity as Fulton County Sheriff | ) | |
| | ) | |
|     Defendants. | ) | |

## CONSENT JUDGMENT

It having appeared to this Court that the parties have reached an agreement on the issue of liability and damages exclusive of court costs and court-awarded attorney's fees, it is hereby Ordered that the Clerk of Court enter Judgment on behalf of the Plaintiff and against the Defendants in an amount of Thirty Thousand Dollars ($30,000.00).

SO ORDERED this __9th__ day of __November__, 2009.

                                 /s/Charles A. Pannell, Jr.
                                 Hon. Charles A. Pannell
                                 United States District Court Judge