IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| PRISON LEGAL NEWS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | FILE NO.  1:07-CV-2618 |
| FULTON COUNTY, GA and | ) | |
| SHERIFF MYRON FREEMAN, | ) | |
| individually and in his official | ) | |
| capacity as Fulton County Sheriff, | ) | |
| | ) | |
| Defendants. | ) | |
| ------------------------------------------- | ) | |

## SATISFACTION OF JUDGMENT

The undersigned counsel, on behalf of Plaintiff, hereby stipulates that the Judgment (Doc.  99) entered in this Court in favor of Plaintiff on March 17, 2010 has been SATISFIED IN FULL.  The Clerk is hereby authorized to enter satisfaction of said Judgment and to note same on the margin of the Judgment.

Executed this 19th day of April, 2010.

S/ G. BRIAN SPEARS
Bar No. 670112
Attorney for Plaintiff

1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
Tele:  (404) 872-7086
Fax:  (404) 892-1128
Email: Bspears@mindspring.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2010, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Steven E. Rosenberg
Nikisha L. McDonald
Fulton County Attorney's Office
141 Pryor Street, SW, Suite 4038
Atlanta, GA 30303
    Attorneys for Defendants

        S/BRIAN SPEARS, ECF-Registered Attorney
        Georgia Bar No. 670112
        Attorney for Plaintiff
        1126 Ponce de Leon Avenue
        Atlanta, GA 30306
        Telephone: (404) 872-7086
        Email: Bspears@mindspring.com